LISA BLANCO JIMENEZ (SBN: 234671)
ROBERTO JIMENEZ, JR. (SBN: 329050)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
Post Office Box 20
Stockton, CA  95201-3020
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910
E-Mail:     ljimenez@neumiller.com
            rjimenez@neumiller.com

Attorneys for Plaintiff
MARINA CRIPPEN

DANIELLE HULTENIUS MOORE (SBN: 232480)
AARON F. OLSEN (SBN 224947)
CAROLA MURGUIA (SBN 334338)
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile:  (858) 597-9601
E-Mail:     dmoore@fisherphillips.com
            aolsen@fisherphillips.com
            cmurguia@fisherphillips.com

Attorneys for Defendants
INTERNATIONAL PAPER COMPANY and
MARVIN HENDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA CRIPPEN, an individual, <br><br> Plaintiff(s); <br><br> vs. <br><br> INTERNATIONAL PAPER COMPANY, a New York Corporation; MARVIN HENDERSON, and DOES 2 through 10, inclusive, <br><br> Defendant(s). | No.  2:23-cv-01107-DAD-CKD <br><br> Removed from San Joaquin Superior Court, Case No. STK-CV-UWT-2023-0004633 <br><br> **JOINT STIPULATION TO AND ORDER TO CONTINUE TIME FOR PLAINTIFF'S INITIAL DISCLOSURE (LOCAL RULE 143)** <br><br> State Complaint Filed:     May 5, 2023 <br> Amended Complaint Filed:   July 20, 2023 <br> Trial Date:                Not Set |

/ / /

/ / /

1

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTES AS FOLLOWS:**

Plaintiff MARINA CRIPPEN ("Plaintiff") and Defendants INTERNATIONAL PAPER COMPANY ("IPC") and MARVIN HENDERSON ("Henderson") (IPC and Henderson are collectively, "Defendants") (Plaintiff and Defendants are hereafter collectively referred to as the "Parties"), by and through their respective counsel of record, hereby jointly stipulate and agree in accordance with this Court's Local Rule 143 to extend the deadline for Plaintiff to provide her initial disclosure under Federal Rules of Civil Procedure ("FRCP"), Rule 26(a)(1), as follows:

WHEREAS, Plaintiff and IPC filed their Joint Scheduling Report on October 4, 2023 (*see* Dkt. No. 23);

WHEREAS, the Joint Scheduling Report states:

> Pursuant to Federal Rule of Civil Procedure, rule 26(a)(1)(C), the Parties "must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order initial disclosures …"
>
> The Parties agree and stipulate that the deadline set by rule 26(a)(1)(C) be extended by 30 days, making the Parties' deadline to make the initial disclosures Friday, December 1, 2023.

WHEREAS, this Court vacated the October 18, 2023 Rule 26(f) conference in light of Plaintiff's pending Motion to Remand (*see* Dkt. No. 24);

WHEREAS, Plaintiff contends that because the Rule 26(f) conference was vacated there is no deadline to provide the initial disclosure as the Joint Scheduling Report intended to extend the deadline after the Rule 26(f) conference was held instead of setting a deadline;

WHEREAS, to the extent that December 1, 2023 was the Parties deadline to provide initial disclosures, the Parties agree that Plaintiff will provide the initial disclosure pursuant to FRCP, Rule 26(a)(1) by December 15, 2023;

/ / /

/ / /

/ / /

/ / /

**NOW THEREFORE, IT IS HEREBY STIPULTED,** between the Parties, subject to this Court's approval, that the last date for the Plaintiff to provide to Defendants her Initial Disclosures pursuant to FRCP, Rule 26(a)(1) be continued to Friday, December 15, 2023.

Dated: December 6, 2023

NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION

By: /s/ Roberto Jimenez, Jr.
LISA BLANCO JIMENEZ
ROBERTO JIMENEZ, JR.

Attorneys for Plaintiff MARINA CRIPPEN

Dated: December 6, 2023

FISHER & PHILLIPS LLP

By: /s/ Carola Murguia
DANIELLE HULTENIUS MOORE
AARON F. OLSEN
CAROLA MURGUIA

Attorneys for Defendants INTERNATIONAL PAPER COMPANY and MARVIN HENDERSON

**ORDER**

For good cause shown, the above Stipulation is adopted as follows:

The last date for the Plaintiff to provide to Defendants her Initial Disclosures pursuant to FRCP, Rule 26(a)(l) is Friday, December 15, 2023.

**IT IS SO ORDERED.**

Dated:  December 13, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.crip23cv1107.stip.26a