# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARINA CRIPPEN,**

              v.

CASE NO: **2:23–CV–01107–DAD–CKD**

**INTERNATIONAL PAPER COMPANY, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/19/2024**

                                       **Keith Holland**
                                       Clerk of Court

ENTERED: **March 19, 2024**

                            by: /s/ A. Woodson
                                 Deputy Clerk